938

No. 489, Misc. HENSON v. WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 493, Misc. SMITH v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 516, Misc. DAVIS v. ELLIS, CORRECTIONS DIRECTOR, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 519, Misc. DAVIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 571, Misc. LLOYD v. JONES, WARDEN. Court of Appeals of Kentucky. Certiorari denied. Petitioner *pro se*. *John B. Breckinridge*, Attorney General of Kentucky, and *Ray Corns*, Assistant Attorney General, for respondent.

No. 573, Misc. ILLOVA v. BANNAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 24. UNITED STATES v. HOUGHAM ET AL., *ante*, p. 310. Motion for leave to file a petition for rehearing denied.